OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711



OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

UNITED STATES POSTAGE
PITNEY BOWES
02 1R    $ 00.26⁵
0006557458    SEP 30 2014
MAILED FROM ZIP CODE 78701

9/25/2014

SPANN, ROBERT MARK    Tr. Ct. No. 2008CR8507W-W1    WR-82,185-01

On this day, the application for 11.07 Writ of Habeas Corpus has been received and presented to the Court.

Abel Acosta, Clerk

RETURN TO SENDER
INMATE RELEASED
NAME AND SID NUMBER DO NOT MATCH
ITEMS NOT ALLOWED IN THIS FACILITY

ROBERT MARK SPANN
BEXAR COUNTY ADULT - TDC # 1539486
200 N. COMAL
SAN ANTONIO, TX 78207

UTF